# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KEITH SCHALK**                                                                                                **PLAINTIFF**

**v.**                                    **Case No. 4:14-cv-00266-KGB**

**JSK COMPANY, INC.,**
**d/b/a I-K ELECTRIC COMPANY**                                                        **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 27). For good cause shown, the Court grants the motion and dismisses this case with prejudice.

SO ORDERED this 20th day of May, 2015.

_____
Kristine G. Baker
United States District Judge